IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM ANTHONY ELDRIDGE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER MATTHEW DIEHL, CITY OF ALLENTOWN, SGT. JOHN HILL, OFFICER PATRICK BULL, and JOHN DOE, | : | NO. 10-3537 |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *22nd* day of *September*, 2011, upon consideration of Plaintiff William Anthony Eldridge's Motion to Amend the Amended Complaint (Docket No. 24) and Defendants Officer Matthew Diehl, Sergeant John Hill, Officer Patrick Bull, and Officer April Kummerer's Response in Opposition (Docket No. 27), it is hereby **ORDERED** that Plaintiff's Motion to Amend is **DENIED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.